IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:17-cr-00138 |
| | ) | Judge Trauger |
| JOSHUA COFFEE | ) | |
| | ) | |

**O R D E R**

A hearing was held on January 23, 2026 on the Superseding Petition to Revoke Supervision (Doc. No. 102). The defendant pled guilty to Violations 1-5 and 7. It is hereby ORDERED that the defendant is sentenced to 14 months in the custody of the Bureau of Prisons, with no supervision to follow. This sentence shall run consecutive to the 60-month sentence imposed on the same date in the defendant's Case No. 3:24-cr-182.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
United States District Judge